# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JESSICA M YON
**Case Number:** 16-70301-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 12, 2017 09:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
10/13/17 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#51 - Trustee's Certificate of Default to Dismiss H, Aff Fld?
#56 - Response filed 8/31/2017
R / M #:  51 / 0

### *Appearances:*

Seitz

Debtor:
Trustee: Winnecour / Bedford / (Pail) Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __X__ Other: resolved through recommended order

10/4/2017    11:35:51AM