UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JESSICA M YON<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>JESSICA M YON<br><br>Respondent(s) | Case No. 16-70301JAD<br>Chapter 13<br><br>Related to Document No.  51 |

## ORDER

AND NOW, this  13th  day of      October      , 20 17 , the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☒ This case is not dismissed. The plan term is extended to a total of _N/A_ months; the monthly plan payment amount is changed to $ _490_ effective _10/17_.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____
_____
_____
_____
_____

Dated:    FILED
10/13/17 4:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
United States Bankruptcy Judge

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70301-JAD
Jessica M Yon                                                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel              Page 1 of 2          Date Rcvd: Oct 13, 2017
                              Form ID: pdf900         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.
```
db            +Jessica M Yon,   132 Mountain Ave.,   Hollidaysburg, PA 16648-3001
14217101      +Aaa Debt Rec,   Pob 129,   Monroeville, PA 15146-0129
14217102      +Aes/M & T Bank,   Po Box 61047,   Harrisburg, PA 17106-1047
14217103      +Aes/Pheaa,   Po Box 61047,   Harrisburg, PA 17106-1047
14217106      +BYL Collection Services, LLC,   P.O. Box 569,   Malvern, PA 19355-0569
14217107     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
               Richmond, VA 23238)
14217111     ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Cen,   Po Box 14931,   Pittsburgh, PA 15234)
14226496       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14280245       Capital One NA,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14217108      +Cb/Pier1,   Po Box 182789,   Columbus, OH 43218-2789
14217114      +Credit Control,   2410 Broad Ave,   Altoona, PA 16601-1940
14217115      +Credit Control Collections,   2410 Broad Avenue,   Altoona, PA 16601-1940
14217117      +Credit Protection Asso,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
14632327      +ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
14217119     #+Lexington Anesthesia Assoc.,   1701 12th Avenue,   Suite G2,   Altoona, PA 16601-3100
14217121      +Mabt - Genesis Retail,   Po Box 4499,   Beaverton, OR 97076-4499
14217122      +Michelle McKeirnan, LPC,   424 Allegheny St., Suite 103,   Hollidaysburg, PA 16648-2014
14250077       Navient Solutions, Inc.,   P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
14226999      +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
14217127      +Rec Mgt Grp,   2901 University Av #29,   Columbus, GA 31907-7601
14217128      +Target Corporation Recovery Services,   P.O. Box 30171,   Tampa, FL 33633-0001
14217129      +UPMC Altoona,   PO Box 382059,   Pittsburgh, PA 15250-0001
14217130      +UPMC Altoona,   620 Howard Avenue,   Altoona, PA 16601-4804
14217131      +UPMC Health Services,   P.O. Box 371472,   Pittsburgh, PA 15250-7472
14217132      +UPMC Physician Services,   P.O. Box 371980,   Pittsburgh, PA 15250-7980
14228704      +US Department of Education,   PO Box 777,   Winooski, VT 05404-0777
14217133      +Vsac Federal Loans,   Po Box 777,   Winooski, VT 05404-0777
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: electronicbkydocs@nelnet.net Oct 14 2017 00:58:48
               U.S. Department of Education C/O Nelnet,   121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
14217104      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 14 2017 00:59:04
               AllState Insurance Company,   Payment Processing Center,   P.O. Box 55126,
               Boston, MA 02205-5126
14217105      +E-mail/Text: ACF-EBN@acf-inc.com Oct 14 2017 00:58:15     Atlantic Credit and Finance, Inc.,
               2727 Franklin Road SW,   Roanoke, VA 24014-1011
14217109      +E-mail/Text: bk.notifications@jpmchase.com Oct 14 2017 00:58:25     Chase Auto Finance,
               P.O. Box 78050,   Phoenix, AZ 85062-8050
14217113      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 14 2017 00:59:04
               Credit Collection Services,   725 Canton Street,,   Norwood, MA 02062-2679
14217116      +E-mail/Text: kcarter@creditmanagementcompany.com Oct 14 2017 00:58:54
               Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14258496       E-mail/Text: bk.notifications@jpmchase.com Oct 14 2017 00:58:25     JPMorgan Chase Bank N.A.,
               National Bankruptcy Department,   P.O.Box 29505 AZ1-1191,   Phoenix , AZ 85038-9505
14217118      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 14 2017 00:58:19     Kohls/Capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
14225638       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 14 2017 01:08:08
               LVNV Funding, LLC its successors and assigns as,   assignee of Santander Consumer USA,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14217120      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 14 2017 01:08:00     Lvnv Funding Llc,
               Po Box 10497,   Greenville, SC 29603-0497
14217121      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Oct 14 2017 00:59:10     Mabt - Genesis Retail,
               Po Box 4499,   Beaverton, OR 97076-4499
14217123      +E-mail/Text: Bankruptcies@nragroup.com Oct 14 2017 00:59:09     National Recovery Agen,
               2491 Paxton St,   Harrisburg, PA 17111-1036
14217124      +E-mail/PDF: pa_dc_claims@navient.com Oct 14 2017 01:07:50     Navient,   Po Box 9655,
               Wilkes Barre, PA 18773-9655
14217125      +E-mail/PDF: cbp@onemainfinancial.com Oct 14 2017 01:02:25     OneMain Financial,
               302 Union Avenue,   Altoona, PA 16602-3250
14217126      +E-mail/Text: mmyers@primary-health.net Oct 14 2017 00:58:17     Primary Health Network,
               P.O. Box 716,   Sharon, PA 16146-0716
14280691      +E-mail/Text: electronicbkydocs@nelnet.net Oct 14 2017 00:58:48     U.S. Department of Education,
               C/O Nelnet,   121 South 13th Street, Suite 201,   Lincoln, NE 68508-1911
                                                                                             TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
14217110        CMI-Community Medicine
```

```
District/off: 0315-7           User: jhel              Page 2 of 2                Date Rcvd: Oct 13, 2017
                               Form ID: pdf900         Total Noticed: 42

cr*             ECMC,   P.O. Box 16408,   St. Paul, MN   55116-0408
14632328*      +ECMC,   PO BOX 16408,   ST. PAUL, MN   55116-0408
14217112      ##+Convergent Healthcare Recoveries, Inc.,   P.O. Box 5435,   Dept 0102,
                 Carol Stream, IL  60197-5435
                                                                                 TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Jessica M Yon thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4