# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      : Case No. 16-70301-JAD
**Jessica M. Yon,**                   :
                                      : Chapter 13
          **Debtor**                  :
                                      :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 18th day of October, 2017, a true and correct copy of the Order dated October 17, 2017, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

> GRANE HOSPICE CARE, INC.
> 209 SIGMA DRIVE
> PITTSBURGH, PA 15238
>
> JESSICA M. YON
> 132 MOUNTAIN AVENUE
> HOLLIDAYSBURG, PA 16648

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>October 18, 2017</u>

Respectfully submitted,
  /s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor