IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Jessica M. Yon<br>                Debtor<br><br>JPMorgan Chase Bank, N.A.<br>                Movant<br>      v.<br>Jessica M. Yon<br>      and<br>Ronda J. Winnecour, Trustee<br>                Respondents | NO. 16-70301-JAD<br><br>CHAPTER 13<br><br>Related to Doc. 58, 64 and 71 |

### STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Movant maintains a claim secured by Debtor's 2015 Jeep Cherokee 2, VIN 1C4PJLCSXFW532677;

WHEREAS, Debtors' Chapter 13 Plan dated May 19, 2017 proposes to pay Movant's secured claim in full;

WHEREAS, Debtor's payments to Movant are delinquent;

WHEREAS, Movant has filed a motion for relief from the automatic stay seeking to recover possession of its collateral;

WHEREAS, Debtor has filed a response objecting to the motion for relief from stay.

It is therefore Stipulated and agreed as follows:

1. The automatic stay is terminated as it affects the interests of the Movant with respect to the 2015 Jeep Cherokee 2, VIN 1C4PJLCSXFW532677; provided however, that relief from stay is stayed in accordance with the conditions set forth in Paragraphs 2-5, below.

2. On a go-forward basis from and after the date of the Order approving this Stipulation, the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due.

3. Time is of the essence as to all plan payments going forward.

4. For the duration of this bankruptcy case, in the event that the Debtor fails to make any subsequent plan payments to the Chapter 13 Trustee, then the stay provided in Paragraph 1, above, shall be vacated and the automatic stay unconditionally lifted as it affects the interests of the Movant with respect to the 2015 Jeep Cherokee 2, VIN 1C4PJLCSXFW532677, upon the filing of an Affidavit of Default by Movant without further hearing or without entry of an additional order, unless Movant has received payment of the full amount of the delinquent payment(s) within twelve (12) days from the date the Affidavit of Default is filed. Such Affidavit of Default shall contain a statement of default as supported by the Movant's own records as well as the records of the Chapter 13 Trustee.

5. In the event that the automatic stay is terminated as provided by this Order, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject collateral, unless directed otherwise by further Order of Court.

6. The hearing in this matter scheduled for October 20, 2017 at 1:30 PM is cancelled.

Consented to by:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
Law Offices of Kenneth P. Seitz
Attorney for Debtor
P.O Box 211
Ligonier, PA 15658
Phone: 814-536-7470
TheDebtErasers@aol.com

/s/ James C. Warmbrodt, Esquire
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

10-19-2017

Jeffery A. Deller
Chief U.S. Bankruptcy Judge

FILED
10/19/17 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-70301-JAD
Jessica M Yon                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: bsil    Page 1 of 1    Date Rcvd: Oct 19, 2017
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.
db             +Jessica M Yon,   132 Mountain Ave.,   Hollidaysburg, PA 16648-3001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Jessica M Yon thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4