Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jessica M Yon**
   Debtor(s)

Bankruptcy Case No.: 16–70301–JAD
Doc. #75
Chapter: 13
Docket No.: 76 – 75
Concil. Conf.: August 2, 2018 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **July 2, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **July 16, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **August 2, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 17, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                    Case No. 16-70301-JAD
Jessica M Yon                                                             Chapter 13
       Debtor                        CERTIFICATE OF NOTICE
District/off: 0315-7         User: skoz                   Page 1 of 2                   Date Rcvd: May 17, 2018
                             Form ID: 410                 Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db             +Jessica M Yon,    132 Mountain Ave.,    Hollidaysburg, PA 16648-3001
14217101       +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
14217102       +Aes/M & T Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14217103       +Aes/Pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
14217106       +BYL Collection Services, LLC,     P.O. Box 569,    Malvern, PA 19355-0569
14217107      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                Richmond, VA 23238)
14217111      ++COLLECTION SERVICE CENTER INC,     363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Cen,     Po Box 14931,    Pittsburgh, PA 15234)
14226496        Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
14280245        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14217108       +Cb/Pier1,    Po Box 182789,    Columbus, OH 43218-2789
14217114       +Credit Control,    2410 Broad Ave,    Altoona, PA 16601-1940
14217115       +Credit Control Collections,    2410 Broad Avenue,     Altoona, PA 16601-1940
14217117       +Credit Protection Asso,    13355 Noel Rd Ste 2100,     Dallas, TX 75240-6837
14632327       +ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14217122       +Michelle McKeirnan, LPC,    424 Allegheny St., Suite 103,     Hollidaysburg, PA 16648-2014
14226999       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14217127       +Rec Mgt Grp,    2901 University Av #29,    Columbus, GA 31907-7601
14217128       +Target Corporation Recovery Services,     P.O. Box 30171,    Tampa, FL 33633-0001
14217129       +UPMC Altoona,    PO Box 382059,    Pittsburgh, PA 15250-0001
14217130       +UPMC Altoona,    620 Howard Avenue,    Altoona, PA 16601-4804
14217131       +UPMC Health Services,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
14217132       +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14228704       +US Department of Education,    PO Box 777,    Winooski, VT 05404-0777
14217133       +Vsac Federal Loans,    Po Box 777,    Winooski, VT 05404-0777

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: electronicbkydocs@nelnet.net May 18 2018 01:55:56
                U.S. Department of Education C/O Nelnet,     121 S 13TH ST, SUITE 201,     LINCOLN, NE 68508-1911
14217104       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 18 2018 01:56:34
                AllState Insurance Company,    Payment Processing Center,     P.O. Box 55126,
                Boston, MA 02205-5126
14217105       +E-mail/Text: ACF-EBN@acf-inc.com May 18 2018 01:55:11       Atlantic Credit and Finance, Inc.,
                2727 Franklin Road SW,    Roanoke, VA 24014-1011
14217109       +E-mail/Text: bk.notifications@jpmchase.com May 18 2018 01:55:24        Chase Auto Finance,
                P.O. Box 78050,    Phoenix, AZ 85062-8050
14217113       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 18 2018 01:56:34
                Credit Collection Services,    725 Canton Street,,    Norwood, MA 02062-2679
14217116       +E-mail/Text: abovay@creditmanagementcompany.com May 18 2018 01:56:14
                Credit Management Company,    2121 Noblestown Road,     Pittsburgh, PA 15205-3956
14258496        E-mail/Text: bk.notifications@jpmchase.com May 18 2018 01:55:24        JPMorgan Chase Bank N.A.,
                National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,     Phoenix , AZ 85038-9505
14217118       +E-mail/Text: bnckohlsnotices@becket-lee.com May 18 2018 01:55:18        Kohls/Capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14225638        E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2018 02:00:13
                LVNV Funding, LLC its successors and assigns as,     assignee of Santander Consumer USA,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14217120       +E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2018 02:01:10        Lvnv Funding Llc,
                Po Box 10497,    Greenville, SC 29603-0497
14217121       +E-mail/Text: GenesisFS@ebn.phinsolutions.com May 18 2018 01:56:42        Mabt - Genesis Retail,
                Po Box 4499,    Beaverton, OR 97076-4499
14217123       +E-mail/Text: Bankruptcies@nragroup.com May 18 2018 01:56:40        National Recovery Agen,
                2491 Paxton St,    Harrisburg, PA 17111-1036
14217124       +E-mail/PDF: pa_dc_claims@navient.com May 18 2018 02:01:06       Navient,    Po Box 9655,
                Wilkes Barre, PA 18773-9655
14250077        E-mail/PDF: pa_dc_claims@navient.com May 18 2018 02:00:08       Navient Solutions, Inc.,
                P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
14217125       +E-mail/PDF: cbp@onemainfinancial.com May 18 2018 01:59:59       OneMain Financial,
                302 Union Avenue,    Altoona, PA 16602-3250
14217126       +E-mail/Text: mmyers@primary-health.net May 18 2018 01:55:13        Primary Health Network,
                P.O. Box 716,    Sharon, PA 16146-0716
14280691       +E-mail/Text: electronicbkydocs@nelnet.net May 18 2018 01:55:56        U.S. Department of Education,
                C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
14217110        CMI-Community Medicine
```

```
District/off: 0315-7           User: skoz               Page 2 of 2                Date Rcvd: May 17, 2018
                               Form ID: 410             Total Noticed: 41

cr*             ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
14632328*      +ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
14217112      ##+Convergent Healthcare Recoveries, Inc.,    P.O. Box 5435,    Dept 0102,
                 Carol Stream, IL 60197-5435
14217119      ##+Lexington Anesthesia Assoc.,    1701 12th Avenue,    Suite G2,    Altoona, PA 16601-3100
                                                                                TOTALS: 2, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Jessica M Yon thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```