**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Jessica M Yon** : | Case No. 16−70301−JAD |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | |
| : | Related to Dkt. No. 75 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 25th of July, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 16-70301-JAD
Jessica M Yon                                                       Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0315-7           User: jhel                Page 1 of 2                  Date Rcvd: Jul 25, 2018
                               Form ID: 309              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db             +Jessica M Yon,    132 Mountain Ave.,    Hollidaysburg, PA 16648-3001
14217101       +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
14217102       +Aes/M & T Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14217103       +Aes/Pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
14217106       +BYL Collection Services, LLC,     P.O. Box 569,    Malvern, PA 19355-0569
14217111      ++COLLECTION SERVICE CENTER INC,     363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Cen,     Po Box 14931,    Pittsburgh, PA 15234)
14217114       +Credit Control,    2410 Broad Ave,    Altoona, PA 16601-1940
14217115       +Credit Control Collections,     2410 Broad Avenue,    Altoona, PA 16601-1940
14217119      #+Lexington Anesthesia Assoc.,     1701 12th Avenue,    Suite G2,    Altoona, PA 16601-3100
14217122       +Michelle McKeirnan, LPC,    424 Allegheny St., Suite 103,    Hollidaysburg, PA 16648-2014
14226999       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14217127       +Rec Mgt Grp,    2901 University Av #29,    Columbus, GA 31907-7601
14217128       +Target Corporation Recovery Services,     P.O. Box 30171,    Tampa, FL 33633-0001
14217129       +UPMC Altoona,    PO Box 382059,    Pittsburgh, PA 15250-0001
14217130       +UPMC Altoona,    620 Howard Avenue,    Altoona, PA 16601-4804
14217131       +UPMC Health Services,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
14217132       +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14228704       +US Department of Education,    PO Box 777,    Winooski, VT 05404-0777
14217133       +Vsac Federal Loans,    Po Box 777,    Winooski, VT 05404-0777

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: electronicbkydocs@nelnet.net Jul 26 2018 02:05:09
                U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
14217104       +EDI: CCS.COM Jul 26 2018 05:58:00      AllState Insurance Company,    Payment Processing Center,
                P.O. Box 55126,    Boston, MA 02205-5126
14217105       +E-mail/Text: ACF-EBN@acf-inc.com Jul 26 2018 02:04:23      Atlantic Credit and Finance, Inc.,
                2727 Franklin Road SW,    Roanoke, VA 24014-1011
14217107        EDI: CAPITALONE.COM Jul 26 2018 05:53:00      Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238
14226496        EDI: CAPITALONE.COM Jul 26 2018 05:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
14280245        EDI: BL-BECKET.COM Jul 26 2018 05:58:00      Capital One NA,   c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
14217108       +EDI: WFNNB.COM Jul 26 2018 05:58:00      Cb/Pier1,    Po Box 182789,    Columbus, OH 43218-2789
14217109       +EDI: CAUT.COM Jul 26 2018 05:58:00      Chase Auto Finance,    P.O. Box 78050,
                Phoenix, AZ 85062-8050
14217113       +EDI: CCS.COM Jul 26 2018 05:58:00      Credit Collection Services,    725 Canton Street,,
                Norwood, MA 02062-2679
14217116       +E-mail/Text: abovay@creditmanagementcompany.com Jul 26 2018 02:05:22
                Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14217117       +EDI: CREDPROT.COM Jul 26 2018 05:48:00      Credit Protection Asso,    13355 Noel Rd Ste 2100,
                Dallas, TX 75240-6837
14632327       +EDI: ECMC.COM Jul 26 2018 05:58:00      ECMC,    PO BOX 16408,   ST. PAUL, MN 55116-0408
14258496        EDI: CAUT.COM Jul 26 2018 05:58:00      JPMorgan Chase Bank N.A.,
                National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
14217118       +EDI: CBSKOHLS.COM Jul 26 2018 05:58:00      Kohls/Capone,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
14225638        EDI: RESURGENT.COM Jul 26 2018 05:58:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Santander Consumer USA,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14217120        EDI: RESURGENT.COM Jul 26 2018 05:58:00      Lvnv Funding Llc,    Po Box 10497,
                Greenville, SC 29603-0497
14217121       +EDI: PHINGENESIS Jul 26 2018 05:58:00      Mabt - Genesis Retail,    Po Box 4499,
                Beaverton, OR 97076-4499
14217123       +E-mail/Text: Bankruptcies@nragroup.com Jul 26 2018 02:05:53      National Recovery Agen,
                2491 Paxton St,    Harrisburg, PA 17111-1036
14217124       +EDI: NAVIENTFKASMSERV.COM Jul 26 2018 05:58:00      Navient,    Po Box 9655,
                Wilkes Barre, PA 18773-9655
14250077        EDI: NAVIENTFKASMSERV.COM Jul 26 2018 05:58:00      Navient Solutions, Inc.,    P.O. Box 9640,
                Wilkes-Barre, PA 18773-9640
14217125       +EDI: AGFINANCE.COM Jul 26 2018 05:48:00      OneMain Financial,    302 Union Avenue,
                Altoona, PA 16602-3250
14217126       +E-mail/Text: mmyers@primary-health.net Jul 26 2018 02:04:25      Primary Health Network,
                P.O. Box 716,    Sharon, PA 16146-0716
14280691       +E-mail/Text: electronicbkydocs@nelnet.net Jul 26 2018 02:05:09      U.S. Department of Education,
                C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
                                                                                              TOTAL: 23
```

```
District/off: 0315-7           User: jhel              Page 2 of 2                Date Rcvd: Jul 25, 2018
                               Form ID: 309            Total Noticed: 42
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
14217110        CMI-Community Medicine
cr*             ECMC,    P.O. Box 16408,   St. Paul, MN  55116-0408
14632328*      +ECMC,    PO BOX 16408,   ST. PAUL, MN 55116-0408
14217112       ##+Convergent Healthcare Recoveries, Inc.,   P.O. Box 5435,   Dept 0102,
                  Carol Stream, IL 60197-5435
                                                                                     TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Jessica M Yon thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```