Case 16-70301-JAD    Doc 80    Filed 09/06/18    Entered 09/06/18 07:30:18    Desc Main
                                Document      Page 1 of 4

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JESSICA M YON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>     Movant<br>     vs.<br>No Respondents. | Case No.:16-70301 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/21/2016 and confirmed on 08/31/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,209.20 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,209.20 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,571.73 | |
|    Trustee Fee | 219.76 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,791.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 9,719.53 | 1,269.05 | 1,148.66 | 2,417.71 |
|     Acct: 4908 | | | | |
| | | | | 2,417.71 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JESSICA M YON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,648.00 | 2,571.73 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4540 | | | | |
|   ECMC(*) | 8,720.68 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
|    Acct: 6040 | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0004 | | | | |
|   ECMC(*) | 5,837.83 | 0.00 | 0.00 | 0.00 |
|    Acct: 6040 | | | | |
|   AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0002 | | | | |
|   ATLANTIC CREDIT & FINANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5796 | | | | |
|   BYL COLLECTION SVCS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2145 | | | | |
|   CAPITAL ONE BANK NA** | 1,164.89 | 0.00 | 0.00 | 0.00 |
|    Acct: 8206 | | | | |
|   CAPITAL ONE BANK NA** | 951.02 | 0.00 | 0.00 | 0.00 |
|    Acct: 7862 | | | | |
|   PIER ONE IMPORTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0197 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: GRTR | | | | |
|   CONVERGENT HEALTHCARE RECOVERIES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 9884 | | | | |
|   CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2466 | | | | |
|   CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7802 | | | | |
|   CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3871 | | | | |
|   CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2954 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2026 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2030 | | | | |
|   CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0579 | | | | |
|   CAPITAL ONE NA** | 484.45 | 0.00 | 0.00 | 0.00 |
|    Acct: 3940 | | | | |
|   LEXINGTON ANESTHESIA ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2260 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 835.53 | 0.00 | 0.00 | 0.00 |
|    Acct: 6193 | | | | |
|   MABT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5757 | | | | |
|   MICHELLE MDKEIRAN LPC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3283 | | | | |
|   NAVIENT SOLUTIONS INC | 7,591.01 | 0.00 | 0.00 | 0.00 |
|    Acct: 6040 | | | | |
|   NAVIENT SOLUTIONS INC | 7,066.46 | 0.00 | 0.00 | 0.00 |
|    Acct: 6040 | | | | |
|   NAVIENT SOLUTIONS INC | 4,456.96 | 0.00 | 0.00 | 0.00 |
|    Acct: 6040 | | | | |
|   NAVIENT SOLUTIONS INC | 3,912.48 | 0.00 | 0.00 | 0.00 |
|    Acct: 6040 | | | | |
|   NAVIENT SOLUTIONS INC | 3,310.06 | 0.00 | 0.00 | 0.00 |
|    Acct: 6040 | | | | |
|   PRIMARY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 8442 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| REC MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HGOV | | | | |
| TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9168 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9283 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5652 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0007 | | | | |
| UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1540 | | | | |
| US DEPARTMENT OF EDUCATION - NELNE | 37,527.15 | 0.00 | 0.00 | 0.00 |
| Acct: 6040 | | | | |
| VERMONT STUDENT ASSISTANCE CORP ( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8949 | | | | |
| VERMONT STUDENT ASSISTANCE CORP ( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8449 | | | | |
| VERMONT STUDENT ASSISTANCE CORP ( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8549 | | | | |
| VERMONT STUDENT ASSISTANCE CORP ( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8649 | | | | |
| VERMONT STUDENT ASSISTANCE CORP ( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8749 | | | | |
| VERMONT STUDENT ASSISTANCE CORP ( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8249 | | | | |
| VERMONT STUDENT ASSISTANCE CORP ( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8349 | | | | |
| ALLSTATE INSURANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CMI - COMMUNITY MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                                   2,417.71

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 9,719.53 |
| UNSECURED | 81.858.52 |

Date: 09/05/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com